## Department of Labor and Industry, Bureau of Employment Security, Appellant, v. Unemployment Compensation Board of Review.

Argued November 15, 1967. *Morley W. Baker*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Department of Labor and Industry, appellant; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *Jerome H. Gerber*, with him *Handler and Gerber*, for intervening appellee.

Decision affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.